IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ASPIRATION INNOVATION, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 1:22-CV-00127 |
| V. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC, JAGUAR LAND ROVER | § | |
| AUTOMOTIVE, PLC, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Motion for Dismissal with Prejudice. [Dkt. 21]. Plaintiff is seeking a dismissal with prejudice of all claims asserted against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and pending deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 1st day of November, 2022.**

_____
Michael J. Truncale
United States District Judge